

U.S. Department

United States
Southern D

The Silvio J. Mol
One Saint Andrew
New York, New Y

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2023
```

June 16, 2023

**BY ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Ayeni and Solomon*, 23 Cr. 274 (AT)

Dear Judge Torres:

      The parties write respectfully to request that the Court schedule an initial conference in the above-referenced case on July 11, 2023 at 3:00 p.m. In addition, the Government requests that time be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from the date of this letter through the date of the initial conference to allow the parties to produce and review discovery and potentially engage in discussions regarding a pre-trial resolution in this matter. The Government submits that an exclusion of time is in the interest of justice for the reasons stated above. The Government has conferred with defense counsel who have informed the Government that they consent to the exclusion of time.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

GRANTED.

SO ORDERED.

Dated: June 20, 2023
      New York, New York

ANALISA TORRES
United States District Judge