

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/30/2023____
```

**VIA ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Ayeni and Solomon*, 23 Cr. 274 (AT)

Dear Judge Torres:

      This letter regards my representation of the above-captioned defendant, Mr. Jameel Solomon, who I was appointed to represent in June 2023.

      Because Mr. Solomon's initial bail conditions permit travel within the Southern District of New York and the Eastern District of New York but not the District of New Jersey, I write to respectfully request that the Court temporarily modify Mr. Solomon's bail conditions such that he be permitted to travel to Old Bridge, NJ on July 4, 2023 from 8:00 am to 11:00 pm. Additionally, I write to request that Mr. Solomon also be permitted to travel to Plainfield, NJ on July 8, 2023 between the hours of 8:00 am to 11:00 pm. The purpose of this travel is for Mr. Solomon to attend 4th of July celebrations and barbecues, at addresses known to Pretrial Services and the government. He plans to return home at the end of the day, both on July 4 and on July 8.

      Pretrial Services, through Officer Ashley L. Cosme, and the government, through AUSA Elizabeth Daniels, each informed me that they have no objection to this request. Thank you for the Court's consideration.

GRANTED.

SO ORDERED.

Dated: June 30, 2023
        New York, New York

_____
ANALISA TORRES
United States District Judge