# Federal Defenders
## OF NEW YORK, INC.

52 Dua[...]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/19/2023_

*David E. Patton*
**Executive Director**
*and Attorney-in-Chief*

Attorney-in-Charge

July 18, 2023

**BY EMAIL & ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE:    **United States v. Olayemi Ayeni**
            23 Cr. 274 (AT)

Dear Judge Torres:

    I write to request, without objection from the Government and Pre-Trial Services, that the Court modify Olayemi Ayeni's bail conditions to permit him to travel to the District of Maryland (where his father resides) with notice to, and permission from, his assigned Pre-Trial Services officer.

GRANTED.

SO ORDERED.

Dated: July 19, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge