# Federal Defenders
## OF NEW YORK, INC.

52 Du

David E. Patton
*Executive Director
and Attorney-in-Chief*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/10/2023__

Attorney-in-Charge

August 10, 2023

**BY EMAIL & ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE:   *United States v. Olayemi Ayeni*
           23 Cr. 274 (AT)

Dear Judge Torres:

    I write on behalf of the parties to request that the Court modify the case caption for 23 Cr. 274 (AT) to "*United States v. Olayemi Ayeni et al.*," as this is the preferred spelling and name for my client, Olayemi Ayeni.[1]

    Separately, I wish to inform the Court that the defense submitted an application for Mr. Ayeni's participation in the Young Adult Opportunity Program on July 21, 2023. A decision on Mr. Ayeni's application is expected by September 15, 2023.

GRANTED. The Clerk of Court is directed to modify the case caption as noted above.

SO ORDERED.

Dated: August 10, 2023
       New York, New York

ANALISA TORRES
United States District Judge