```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SIMION OLAOLU AYENI OLAYEMI and
JAMEEL SOLOMON,

                         Defendants.

23 Cr. 274 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for September 26, 2023, is ADJOURNED to **November 14, 2023**, at **10:00 a.m.**

    SO ORDERED.

Dated: September 19, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge