UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
                                                                 :

UNITED STATES OF AMERICA,      :

          -v-                             :

SIMION OLAOLU AYENI OLAYEMI, :

           Defendant.       :
------------------------------------------------- X

23 Cr. 274-01 (RA)

**ORDER**

RONNIE ABRAMS, District Judge:

In light of Simion Olaolu Ayeni Olayemi's acceptance into the Young Adult Opportunity Program and his and the Government's joint consent to exclude time under the Speedy Trial Act to allow for participation in such Program, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) to March 21, 2025.

Dated:    September 21, 2023
             New York, New York

                                                RONNIE ABRAMS
                                      United States District Judge