UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | 23 Cr. 274 (RA) |
| OLAYEMI AYENI, | |
| Defendant. | |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Lisa Daniels, dated October 5, 2023;

WHEREAS on or about July 18, 2023, the Government sought and obtained from the Honorable Analisa Torres an order authorizing the United States Internal Revenue Service ("IRS") to disclose tax return information for OLAYEMI AYENI and JAMEEL SOLOMON, the defendants charged in Indictment 23 Cr. 274 (the "Tax Order");

WHEREAS on or about September 18, 2023, the Government received a production of documents from IRS in response to the Tax Order (the "Tax Documents");

IT IS HEREBY ORDERED that, giving due consideration to congressional policy favoring the confidentiality of returns and return information as set forth in Title 26, United States Code, the Tax Documents are required to be produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure; and

IT IS HEREBY FURTHER ORDERED that the Tax Documents are probative of a matter in issue relevant in establishing the guilt of the defendants, *e.g.*, at a trial in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
October  6 , 2023

_____
HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE