# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 31, 2023

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 1, 2023

**RE:    United States v. Olayemi Ayeni**
        23 Cr. 274 (RA)

Dear Judge Abrams:

I write to request, with the consent of the Government and Pre-Trial Services, that the Court modify Olayemi Ayeni's bail conditions to permit him to travel to the District of New Jersey (where his brother and sister-in-law reside) with advance notice to Pre-Trial Services Officer Dayshawn Bostic.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender, SDNY
(646) 315-1527

Counsel for Olayemi Ayeni

Cc:    AUSA Lisa Daniels