# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 29, 2024

*VIA CM/ECF*
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
August 29, 2024

**RE:** *United States v. Olayemi Ayeni*
23 Cr. 274 (RA)

Dear Judge Abrams,

    I write in connection with Olayemi Ayeni's bail conditions. Presently, Mr. Ayeni is permitted to travel to the District of New Jersey with advance notice to Pre-Trial Services to visit with his brother and sister-in-law. Dkt. No. 44. Mr. Ayeni requests permission to spend tonight, Friday night, and Saturday in the District of New Jersey for a wedding at an address already provided to Pre-Trial Services. I understand that Mr. Ayeni has conferred with Officer Dominique Jackson and that she has no objection to his participation in the wedding.

    I thank the Court for its time and consideration of this motion.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc:   AUSA Lisa Daniels
       Officer Dominique Jackson