

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

March 21, 2025

**BY CM/ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. Time is excluded until September 22, 2025, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
March 21, 2025

Re:   *United States v. Olayemi Ayeni*, 23 Cr. 274 (RA)

Dear Judge Abrams:

    The Government writes respectfully to request that time be excluded in the above-referenced case from today's date for a period of six months to allow the defendant to continue participation in the Young Adult Opportunity Program ("YAOP program"). On September 21, 2023, the Court excluded time through today's date, pursuant to 18 U.S.C. § 3161(h)(7)(A), in light of the defendant's acceptance into the YAOP program. The Government has conferred with defense counsel and understands that counsel expects the defendant to graduate from the program within the next six months. Accordingly, the Government requests that time be excluded from today's date for a period of six months to allow the defendant's participation in the program to conclude. The Government understands from counsel that the defense consents to the exclusion of time.

.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By:   Lisa Daniels
Assistant United States Attorney
(212) 637-2955

Cc:   Counsel of record (by ECF)