

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

December 18, 2025

**BY CM/ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

A change of plea hearing is scheduled for January 9, 2026 at 3:30 p.m. and will be held in Courtroom 1105. Time is excluded until January 9, 2026, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 19, 2025

Re:    *United States v. Olayemi Ayeni*, 23 Cr. 274 (RA)

Dear Judge Abrams:

The Government writes respectfully to request that a conference be scheduled in the above-referenced case in early January 2026. The Government understands from counsel that the defendant is prepared to enter a change of plea. Accordingly, the parties respectfully request that a conference be scheduled for early January. The parties are available January 7, 2026, from 1 p.m. until 5 p.m., January 8, 2026, from 9:00 a.m. until 3:00 p.m., and January 9, 2026, from 9:00 a.m. until 5 p.m., and can provide additional availability if helpful. In addition, the Government respectfully requests that time be excluded from December 21, 2025, through the date of the next conference to allow the defendant to prepare for a change of plea. The Government understands from counsel that the defense consents to the exclusion of time.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    _____
Lisa Daniels
Assistant United States Attorney
(212) 637-2955

Cc:    Counsel of record (by ECF)